CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 0 5 2012

JULIA C. DUDLEY, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JONATHAN WADDY, | ) | CASE NO. 7:11CV00320 |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| | ) | |
| SANDSTROM, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

as follows:

1. Defendants' motion for summary judgment for failure to comply with 42 U.S.C. § 1997e(a) is **GRANTED** as to plaintiff's claims of excessive force, failure to protect, and race discrimination;

2. Plaintiff's conspiracy and due process claims are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) as frivolous; and

3. This action is stricken from the active docket of the court.

ENTER: This 5th day of June, 2012.

_____
Chief United States District Judge